FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ANTONIO RAMOS,<br><br>    Petitioner,<br><br>v.<br><br>JOHN DOE,<br><br>    Respondent. | NO: 4:17-cv-05131-MKD<br><br>REPORT AND RECOMMENDATION TO DISMISS PETITION |
|---|---|

By Order filed October 24, 2017, the Court advised Petitioner of the deficiencies of his Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254, and directed him to amend. Petitioner, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis*. Respondent has not been served.

Although granted the opportunity to do so, Petitioner has failed to amend his petitioner to name a proper party as Respondent. Therefore, **IT IS RECOMMENDED** the Petition be **DISMISSED** for lack of jurisdiction over the Respondent. *See* Rule 2(a), Rules Governing Section 2254 Cases in the United

REPORT AND RECOMMENDATION TO DISMISS PETITION -- 1

States District Courts; *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor.  Any response to the objection shall be filed within fourteen (14) days after receipt of the objection.  Attention is directed to Fed. R. Civ. P. 6(e), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions.  *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C.

§ 636(b)(1)(B) and (C), Fed. R. Civ. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

**IT IS SO RECOMMENDED**.  The Clerk of Court is directed to enter this Report and Recommendation and forward a copy to Petitioner.

DATED January 12, 2018.

s/ *Mary K. Dimke*
Mary K. Dimke
United States Magistrate Judge