UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO RAMOS,<br><br>       Petitioner,<br><br>vs.<br><br>JOHN DOE,<br><br>       Respondent. | NO: 4:17-CV-5131-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION |

  BEFORE THE COURT is Magistrate Judge Dimke's Report and Recommendation to dismiss Mr. Ramos' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 8. Petitioner, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis.* Respondent could not be served.

  Although granted the opportunity to do so, Petitioner did not amend his petition to name his current custodian as Respondent. There being no objections, **IT IS ORDERED** that the Report and Recommendation, ECF No. 8, is **ADOPTED in its entirety** and the petition is **DISMISSED** without prejudice for lack of personal

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING PETITION -- 1

jurisdiction. *See* Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Petitioner, and close the file. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

DATED January 31, 2018.



THOMAS O. RICE
Chief United States District Judge